

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00569-CV

SHAWN WILLIAMS, SR. AND PLESHETTE WILLIAMS, INDIVIDUALLY, AND AS REPRESENTATIVES OF THE ESTATE OF SHAWN WILLIAMS, JR., JOE HOLLINGSHEAD, SHAY HOLLINGSHEAD, AND MARLENE HAWKINSON, Appellants

V.

THE CITY OF BAYTOWN, Appellee

Appeal from the 127th District Court of Harris County.  (Tr. Ct. No. 2013-06741).

**TO THE 127TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 5th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on June 24, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellants, Shawn Williams, Sr. and Pleshette Williams, Individually, and as Representatives of the Estate of Shawn Williams, Jr., Joe Hollingshead, Shay Hollingshead, and Marlene Hawkinson, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 5, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 17, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

